Ian A. Rambarran, Bar No. 227366
Diana N. Chinn, Bar No. 271577
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
dchinn@klinedinstlaw.com

Attorneys for Defendant
BAYVIEW LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE PEREZ and BELLA PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No.   3:15-CV-2196-RS<br><br>**ORDER CONTINUING DEADLINE FOR RESPONSIVE PLEADING AND CONTINUING THE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Courtroom:         3, 17th Floor<br>District Judge:   Hon. Richard Seeborg<br>Complaint Filed: May 15, 2015<br>Trial Date:          None set |

IT IS HEREBY ORDERED that Defendant Bayview Loan Servicing, LLC's deadline to file and serve a response to the Complaint is extended by thirty (30) days.

IT IS FURTHER ORDERED that the Case Management Conference and ADR Deadlines are continued as set out below:

The last day to:

• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan is continued from July 23, 2015 to September 10, 2015.

• To file ADR Certification signed by Parties and Counsel is continued from July 23, 2015 to September 17, 2015.

• To file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued from July 23, 2015 to September 24, 2015.

- 1 -

- The last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file Joint Case Management Statement is continued from August 20, 2015 to September 24, 2015.

The Initial Case Management Conference currently scheduled for August 27, 2015, beginning at 10:00 a.m. is continued to October 1, 2015 at 10:00 a.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

DATED: August 20, 2015

_____
The Honorable Richard Seeborg
United States District Judge

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

- 2 -
ORDER CONTINUING THE DEADLINE FOR RESPONSIVE PLEADING BY DEFENDANT BAYVIEW LOAN SERVICING, LLC AND CONTINUING THE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:15-CV-2196-RS