UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE PEREZ, et al.,

　　　　Plaintiffs,

　v.

BAYVIEW LOAN SERVICING, LLC,

　　　　Defendant.

Case No.  15-cv-02196-RS

**ORDER OF DISMISSAL WITH PREJUDICE**

　　　　On September 24, 2015, defendant Bayview Loan Servicing, LLC, moved to dismiss the original complaint in this matter, which contained claims under six different provisions of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* Dkt. No. 15.  The motion to dismiss was granted with prejudice as to the claim under section 1692(g), but plaintiffs Enrique and Bella Perez were afforded leave to amend the remaining claims. Dkt. No. 22.  On November 9, 2015, the Perezes received an extension to file a First Amended Complaint ("FAC"). Dkt. No. 24.  The FAC eventually was submitted on December 21, 2015. Dkt. No. 27.  Bayview moved to dismiss the FAC approximately three weeks later, and the Perezes failed to file an opposition to that motion to dismiss.  The FAC was dismissed with leave to amend on February 2, 2016. Dkt. No. 30. On February 25, 2016, the Perezes received an extension to file a second amended complaint ("SAC") on or before April 1, 2016. Dkt. No. 34.  The order warned no further extensions would be permitted, and the action would be dismissed with prejudice if the SAC was not timely filed. *Id.*  The deadline to file the SAC has now come and gone (and then some).  As plaintiffs did not file an amended pleading, this action is dismissed with prejudice.

**IT IS SO ORDERED**.

1
2  Dated: April 6, 2016
3  _____
4  RICHARD SEEBORG
   United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<< SHORT ORDER TITLE >>
CASE NO. 15-cv-02196-RS